IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| VICTOR CAMPOS, | § | |
| | § | |
| Movant, | § | |
| | § | |
| v. | § | Civil Action No. 7:22-cv-008-M-BP |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDFICE** for **LACK OF JURISDICTION**.

**SO ORDERED** this 28th day of March, 2022.

BARBARA M. G. LYNN
CHIEF JUDGE